

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CARLOS OLVERO-HERNANDEZ AKA
ARMANDO CARLOS OLVERA,

        Defendant.

CASE NO. 11CR2798-GT

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice **per Order of United States Court of Appeals No. 12-50196.**

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the SUPERSEDING Information:

8 USC 1326 (a) and (b) - Deported Alien Found in the United States

(Felony)

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 9/6/12

Gordon Thompson, Jr.
U.S. District Judge